

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : |
| This Document Relates To: ROBERT RYAN and CONNIE RYAN, h/w<br><br>Plaintiffs,<br><br>v.<br><br>PNEUMO ABEX CORPORATION, et al.,<br><br>Defendants.<br><br>(Transferor Docket No. 02-CV-3534 (E.D. Pa.)) | : : : : : : : : : : : : : CIVIL ACTION NO. MDL 875 |

FILE: JUL 9 2002

### ENTRY OF APPEARANCE

Kindly enter our appearance on behalf of Lac d'Amiante du Quebec, Ltee (formerly known as Lake Asbestos of Quebec, Ltd.), defendant in the above-captioned case.

This entry of appearance is filed pursuant to the provisions of paragraph 3(d) of the

Order for Pleadings in Cases which contain Asbestos-Related Personal Injury Claims, as amended.

RICHARD W. FOLTZ, JR.
Atty. I.D. No.: 33554
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Defendant,
LAC D'AMIANTE DU QUEBEC, LTEE
(formerly known as Lake Asbestos of Quebec, Ltd.)

Dated: July 9, 2002