IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT RYAN, ET AL | CIVIL ACTION |
| VS. | NO. 02-3534 |
| PNEUMO ABEX CORP., ET AL | |

**ORDER**

AND NOW, this 1st day of AUGUST, 2003, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Harvey Bartle, III to the calendar of the Honorable Charles R. Weiner, as related to MDL 875.

FOR THE COURT:

JAMES T. GILES
Chief Judge