IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RYAN, et al.                                  :    CIVIL ACTION
                                              :
         vs.                                  :
                                              :    NO. 02-3534
PNEUMO ABEX, et al.

O R D E R

**AND NOW, TO WIT:** This 3rd day of March, 2004,

**IT IS ORDERED** that the Clerk of Court place the referenced action in civil suspense.

                                        **BY:** _____
                                                 Charles R. Weiner, SJ

Civ 2 (7/83)